ABC PROCESS SERVICE, INC.
Attorney:
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
Index No. 6126/08
Date Filed 07/03/2008
Office No. CMHT011330D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK B. FALKSTEIN INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
(PLAINTIFF)

against

NEXCEN BRANDS, INC, ETAL    (DEFENDANT)

STATE OF NEW YORK, COUNTY OF NEW YORK    SS:

SCHADRAC LAGUERRE being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York:
That on the 16 day of July 2008 at 2:30 PM, at
C/O NEXCEN BRANDS, INC.; 1330 AVE. OF THE AMERICAS, 34TH FL; NY, NY 10019
I SERVED the SUMMONS AND CLASS ACTION COMPLAINT upon

DAVID B. MEISTER
the defendant herein named by delivering to and leaving a true copy of said SUMMONS AND CLASS ACTION COMPLAINT with DAVID B. MEISTER said defendant personally. Deponent describes person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

1. Sex MALE, Color WHITE, Hair BROWN, app.age 40 YRS, app.ht 5'9", app.wt 185 LBS

SWORN to before me this 16
day of July 2008

SCHADRAC LAGUERRE
License No.: 1021962    :lf

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2011