UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK B. FALKSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NEXCEN BRANDS, INC., DAVID S. OROS, ROBERT W. D'LOREN, and DAVID B. MEISTER<br><br>    Defendants. | Civil Action No. 1:08-cv-06126-MGC<br><br>**Notice of Appearance** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendant NexCen Brands, Inc. and David S. Oros. I certify that I am admitted to practice in this court.

Dated: New York, New York
   August 7, 2008

                 Respectfully submitted,

                 WILMER CUTLER PICKERING HALE
                  AND DORR LLP

                 s/ Robert B. McCaw
                 Robert B. McCaw (RM 7427)
                 399 Park Avenue
                 New York, NY 10022
                 (212) 230-8800
                 (212) 230-8888 (fax)