UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK B. FALKSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXCEN BRANDS, INC., DAVID S. OROS, ROBERT W. D'LOREN, and DAVID B. MEISTER<br><br>Defendants. | Civil Action No. 1:08-cv-06126-MGC |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant NexCen Brands, Inc., by its undersigned counsel, respectfully submits the following disclosure statement:

NexCen Brands, Inc. does not have a parent corporation. As of August 7, 2008, there is no publicly held corporation that owns more than 10% of NexCen Brands, Inc.'s stock.

Respectfully submitted,

/s/ Lori A. Martin
Lori A. Martin (LM 7125)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
lori.martin@wilmerhale.com